**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| OMAR WARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:24-cv-00048 RHH |
| | ) | |
| ROBERT J. JORDAN, Jr., | ) | |
| | ) | |
| CLAY STANTON, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ORDER OF
DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Omar Ware, by and through counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby moves for an Order from this Court dismissing the above captioned matter, without prejudice, subject to refiling by Plaintiff.

Plaintiff further requests that this Court order that: (1) in any refiled action filed by Plaintiff all discovery completed in the above captioned matter including any Rule 26 disclosures served by Plaintiff or Defendants shall be usable without the need for repetition; (2) the Parties may proceed with the service of written discovery as well as depositions upon the refiling of this action, and (3) the Court's Memorandum and Order [Doc. No. 39] regarding Defendant Jordan's Motion to Dismiss [Doc. No. 16] shall remain in effect in any refiled action to the extent permitted by applicable law.

WHEREFORE, Plaintiff Omar Ware moves pursuant to Rule 41 of the Federal Rules of Civil Procedure for an Order from this Court dismissing this action, without prejudice, subject to the terms and conditions set forth above and for such other relief as the Court deems just and proper.

Respectfully submitted,


/s/William P. Denning

| | |
|---|---|
| William P. Denning | MO #52869 |
| Paeten E. Denning | MO #72180 |

Denning Law Firm, LLC
8900 Indian Creek Parkway, Suite 210
Overland Park, KS  66210
Telephone:     (816) 702-8400
Facsimile:      (816) 702-8401
wdenning@denninglawfirm.com
pdenning@denninglawfirm.com
***ATTORNEYS FOR PLAINTIFF***


## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2026, the foregoing was filed with the Clerk of the Court using the Eastern District of Missouri CM/ECF system, which will send notice of electronic filing to all counsel of record.


Jessica L. Ward
Assistant Attorney General
149 Park Central Sq., Ste. 1017
Springfield, MO 65806
Telephone:     417-895-6567
Facsimile:      417-895-6382
Jessica.Ward@ago.mo.gov
ATTORNEY FOR DEFENDANT STANTON


/s/William P. Denning
Attorney for Plaintiff


2